EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Aprobación de Baja Voluntaria y Cambio de Estatus Inactivo correspondiente al Periodo de octubre a diciembre de 2012 | 2013 TSPR 10 187 DPR ____ |
|---|---|

Número del Caso: TS-1865 y otros

Fecha: 30 de enero de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
octubre a diciembre de 2012

RESOLUCIÓN

San Juan, Puerto Rico, a  30   de enero de 2013.

Durante el periodo de octubre a diciembre     de 2012, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**octubre**

| | |
|---|---|
| Heriberto Torres Vázquez | 1865 |
| Natalio García Guzmán | 2702 |
| Ivelisse Ríos Acevedo | 16,734 |

**noviembre**

| | |
|---|---|
| Rafael Héctor Arroyo Benítez | 3434 |

**diciembre**

| | |
|---|---|
| Ángel F. Vélez Pozo | 1609 |
| Ramón A. Buitrago Iglesias | 3324 |
| Melyssa M. Vázquez Hernández | 13,653 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:


Aprobación de Cambio de
Estatus Inactivo de
octubre a diciembre de 2012



RESOLUCIÓN


San Juan, Puerto Rico, a    30   de enero de 2013.

Durante el periodo de octubre a diciembre de 2012, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**octubre**

| | |
|---|---|
| Américo Serra López-Cepero | 1660 |
| Roberto J. Matos | 1773 |
| Alberto J. Torruella Serrallés | 1781 |
| Miguel A. Guzmán Soto | 2005 |
| Hernán Claudio Torres Platini | 2130 |
| Rodolfo E. Criscuolo Morales | 2149 |
| José H. Rivera Cintrón | 2233 |
| Rafael Marxuach Del Toro | 2344 |
| Edith Pardo de Vázquez | 2557 |
| Edith Hernández Irizarry | 2966 |
| Rafael A. Díaz Díaz | 2972 |
| Clara López-Baralt Negrón | 3171 |
| June I. Ortiz Terreforte | 3189 |
| Max Ramírez de Arellano Robert | 3298 |
| John David Ferrer Planas | 3339 |
| Luis G. Pérez Centeno | 3373 |
| Jaime A. Betancourt Labrón | 3633 |
| Rubén Cuevas De Jesús | 3636 |
| Sebastián Cruz Mediavilla | 3843 |

Aprobación de Cambio de
Estatus Inactivo de
octubre a diciembre de 2012                              Página 2

| | |
|---|---|
| Ángel J. Ondina Gorrín | 3957 |
| Evelyn Espada de Hermida | 3977 |
| Luis G. Marrero Torres | 4082 |
| Willie Santana de la Rosa | 4416 |
| Dorilitza Rivera Cordero | 4440 |
| Aracelis Hernández Matos | 4474 |
| José A. Flores Torres | 4667 |
| Elvira Cora Ramsey | 4718 |
| Pedro Miranda Corrada | 4983 |
| Víctor Luis Cruz Ayala | 4908 |
| José A. Pereyó Torruellas | 5052 |
| Ismael Llera Planas | 5298 |
| Rafael Criado Vázquez | 5415 |
| Carmen D. Castro Rodríguez | 5428 |
| Nilda I. Lugo Arroyo | 5481 |
| Jaime Luis Zambrana Grana | 5554 |
| Juan M. Hurtado Gelpí | 5807 |
| Cándido Valcárcel Ríos | 6015 |
| Hilda Rosario Santiago | 6768 |
| Jorge Luis García Castro | 7106 |
| Rafael Roberto Cortina Yace | 7108 |
| Mayra Boneta Martínez | 7208 |
| Zuleika Llovet Zurinaga | 7758 |
| Nilde Román Ramos | 8447 |
| Alberto Bernabe Riefkohl | 8800 |
| Harold Badillo Santiago | 8961 |
| José M. Guzmán Torres | 9685 |
| Edgardo J. Marchand Castro | 10,047 |
| María Soledad Castillo Fuertes | 10,170 |
| Cecile Ann Armstrong Ramírez | 10,297 |
| Dinah Cora Ramsey | 10,312 |
| Winfred A. Meadows Márquez | 10,740 |
| Sara E. Saldaña López | 10,802 |
| Tomás Novoa Colberg | 10,857 |
| Laura T. Vázquez Vincenty | 10,862 |
| Basil A. Dávila Montalvo | 10,864 |
| Gerardo David Mora Flores | 11,461 |
| Maritza Conde Vázquez | 12,194 |
| Lissette M. Rodríguez Collazo | 12,465 |
| Denise A. Biaggi Irizarry | 12,587 |
| Mayra E. Negrón De Jesús | 12,645 |
| Varlin José Vissepó Muñoz | 13,314 |
| Elianeth Alicea Valentín | 13,558 |
| Adriana M. González Pando | 13,582 |
| Roberto Colón Cortés | 15,444 |
| Alexandro Javier Ravelo Canosa | 16,001 |
| Mari Elena Meléndez Gnemi | 16,016 |
| Amelyn Olivari Ramos | 16,058 |
| Gladys M. Rodríguez Contreras | 16,139 |
| Tamara González Durán | 17,315 |

Aprobación de Cambio de
Estatus Inactivo de
octubre a diciembre de 2012                                Página 3

## noviembre

| | |
|---|---|
| Sylvia E. Sepúlveda Rosa | 3720 |
| Candice E. De Freitas De Jesús | 4721 |
| Rosita Torres Rodriguez | 5097 |
| Ariadne Febles Gordián | 5628 |
| Aníbal Nieves Colón | 5735 |
| Neysa Caro Serbiá | 6036 |
| Lorraine Jiménez Ferrer | 6141 |
| Raquel Escudero López | 7250 |
| Alfredo Villanueva Rodríguez | 7341 |
| Pablo R. Álvarez Segarra | 7513 |
| Ángela T. Irizarry Irizarry | 8804 |
| Yolanda I. Montes Cardona | 9245 |
| Carmen L. Aponte Ayala | 9956 |
| Gladynel Quiñones Suárez | 11,453 |
| Ileana M. Colón Carlo | 11,708 |
| María Isabel Datiz Stevens | 12,176 |

## diciembre

| | |
|---|---|
| Alberto O. Ferrer | 1257 |
| Gustavo A. Rodríguez Maldonado | 1891 |
| Néstor E. Vega Soto | 2099 |
| Sergio Marxuach Pérez | 2166 |
| Cordelia Buitrago de González | 2477 |
| Margarita García Santiago | 2535 |
| Sylvia B. Delgado Zambrana | 2908 |
| José Rafael Cobián Sandín | 3120 |
| Héctor González Vázquez | 3332 |
| Rosa N. Ponce Cancel | 3412 |
| Eduardo Méndez Chabrán | 3935 |
| María T. Quijano Román | 4024 |
| David Calderón Marrero | 4283 |
| Edwin González Torres | 5279 |
| Astrid Castro Franceschi | 4663 |
| Ramiro Cruz Santiago | 7505 |
| Lina M. Delgado Lucca | 10,651 |
| Elena Ferraiuoli Suárez | 10,672 |
| Olga E. Henríquez Ortiz | 10,913 |
| Jorge M. Vilá González | 10,924 |
| Nelson Cardona Pabón | 11,008 |
| María E. Torres Gregory | 11,130 |
| Virginia De Jesús Alicea | 11,285 |
| John William Smagula Sileo | 11,688 |
| Vanessa Caraballo Salivia | 11,757 |
| Brenda I. Aponte Rosario | 12,118 |
| Maripaz Zalduondo Villaespesa | 13,569 |
| Glorianna S. Hita Valiente | 13,840 |

Aprobación de Cambio de
Estatus Inactivo de
octubre a diciembre de 2012                    Página 4

| | |
|---|---|
| Miguel A. Pabón Toledo | 15,039 |
| Mario A. Ramírez Matos | 15,362 |
| Carla Tomassini Quijano | 15,598 |
| Ángel F. González Irizarry | 15,614 |
| Julio Veira Miranda | 15,643 |
| Víctor Kirby Colón Arvelo | 15,884 |
| Hildelisa Díaz López | 16,437 |
| Anthony Guadalupe Baerga | 16,603 |
| Gredsa-Ly Zayas Prieto | 16,786 |
| Nereida A. Morales Vázquez | 16,858 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo